FILED

MAR 1 1 2010

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. '10 CR 0762 JM |
|---|---|
| Plaintiff, | ) |
| | ) **I N F O R M A T I O N** |
| v. | ) Title 26, U.S.C., Sec. 7201 - |
| | ) Tax Evasion (Felony) |
| JAMES MATTHEWS, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about April 15, 2005, within the Southern District of California, defendant JAMES MATTHEWS, a resident of Fallbrook, California, who during the calendar year of 2004 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 2004 by committing acts of evasion, including causing to be prepared and signing a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, which was filed with the Internal Revenue Service, wherein it was stated that the joint taxable income for said calendar year was the sum $22,902 and that the amount of the tax due and owing therein

JJO:San Diego
1/8/2010

was the sum of $2,704, whereas, as he then and there well knew and believed, their joint taxable income for the said calendar year of 2004 was in excess of that heretofore stated amount and that upon said additional joint taxable income an additional tax was due and owing to the United States; in violation of Title 26, United States Code, Section 7201.

DATED: March 5, 2010.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney